Second Department. May 29, 1912.) Action by Celia Brenen against Francis X. McCollum.

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to withdraw her demurrer within 20 days after service of a copy of the order herein, and to reply to said affirmative defenses upon payment of the costs of the demurrer and of this appeal.

BRITISH ALUMINIUM CO., Respondent, v. UNITED STATES McADAMITE METAL CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by the British Aluminium Company against the United States McAdamite Metal Company. J. F. Perdue, for appellant. R. L. Hoguet, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BROADBENT, Respondent, v. NEW YORK EVENING JOURNAL PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Samuel Broadbent against the New York Evening Journal Publishing Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 147 App. Div. 133, 131 N. Y. Supp. 780.

In re BROADBOOKS. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) In the matter of the application of Frederick M. Broadbooks, as receiver, etc., for the removal of William R. Genno and another, a copartnership, etc., respondents, from certain premises in the city of Buffalo. No opinion. Judgment affirmed, with costs.

BROOKLYN HEIGHTS R. CO., Appellant, v. STEERS et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by the Brooklyn Heights Railroad Company against Alfred E. Steers, individually and as president of the borough of Brooklyn, and the City of New York. No opinion. Motion denied, without costs.

BROSNAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Timothy F. Brosnan against the City of New York. L. Leale, for appellant. J. T. Mahoney, for respondent.

PER CURIAM. Determination affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

BROWN, Appellant, v. DELAWARE & HUDSON CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Gilbert J. Brown, as administrator, etc., against the Delaware & Hudson Company. No opinion. Judgment and order unanimously affirmed, with costs.

BRYAN v. CARTER. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Geo. F. Bryan against Bennett C. Carter. No opinion. Motion granted, with $10 costs. Order filed. See, also, 144 App. Div. 938, 129 N. Y. Supp. 1114.

BUCKLEY, Appellant, v. HUDSON VALLEY RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Nellie Buckley, as administratrix, etc., of Patrick Buckley, deceased, against the Hudson Valley Railway Company.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG and BETTS, JJ., dissent.

BUENTE, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Charles F. Buente against Matthew G. Collins. G. Glenn, for appellant. M. Cohen, for respondent. No opinion. Order affirmed, with costs. Order filed.

BUGGELN, Appellant, v. STANLEY, Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Robert Buggeln against Alfred T. Stanley. R. S. Nichols, for appellant. T. J. Rush, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BURDICK, Respondent, v. POST AGENCY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Rowland C. Burdick against the Post Agency. No opinion. Judgment and order affirmed, with costs.

BURKAN, Respondent, v. MUSICAL COURIER CO., Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1912.) Action by Nathan Burkan against the Musical Courier Company. E. A. Alexander, for appellant. N. Burkan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 134 N. Y. Supp. 1127.

In re BURNETT. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) In the matter of the application of Helen D. Burnett for payment of an award in the matter of acquiring title, etc., for a school site, etc. No opinion. Motion granted, and matter referred to Francis J. Sullivan, Esq.

BURNETT PRINTING CO. v. HARRIS et al. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by the Burnett Printing Company against James D. Harris and others. No opinion. Defendants' exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.